ANNA GEFERS, Respondent, v. HENRY J. HOLTERMAN, Appellant.— Order deny-

ing defendant's motion for a separate trial of the issue of a general release affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.